United States District Court
Southern District of Texas
**ENTERED**
May 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEGA CREATION, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00067 |
| § | |
| ODYSSEY NAIL SYSTEMS LLC, § | |
| § | |
| Defendant. § | |

### ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal (Doc. #11), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED.

APR 2 8 2023
Date

The Honorable Alfred H. Bennett
United States District Judge